**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMY L. HENSON, an individual,<br><br>    *Plaintiff,*<br><br>v.<br><br>FREEDOM LIFE INSURANCE COMPANY OF AMERICA; DOES 1-XXX; and ABC CORPORATIONS A-Z, inclusive,<br><br>    *Defendants.* | C.A. No. 3:21-cv-00235-LRH-CLB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>**AND ORDER THEREON** |

    Plaintiff Tammy L. Henson ("Plaintiff") and Defendant Freedom Life Insurance Company of America ("Defendant"), by and through their respective, undersigned counsel of record, hereby stipulate and agree to extend the deadline for Defendant to file its reply in support of its Partial Motion to Dismiss Plaintiff's Complaint (ECF No. 3) from Monday, June 21, 2021 to Friday, June 25, 2021. The Motion was filed on May 28, 2021. This is the first stipulation for an extension of time to reply to the Motion.

1

This extension is required because of work required on other matters, including Defendant's response to Plaintiff's Motion to Remand in this case, which Defendant filed on June 18, 2021. No further extensions will be required.

The parties aver this stipulation is not being submitted for reasons of delay or for any other untoward purpose.

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 22nd day of June, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| By: /s/ Patrick R. Leverty<br>Patrick R. Leverty, Esq.<br>Nevada Bar No. 8840<br>Vernon E. Leverty, Esq.<br>Nevada Bar No. 1266<br>William R. Ginn, Esq.<br>Nevada Bar No. 6989<br>LEVERTY & ASSOCIATES LAW CHTD.<br>832 Willow Street<br>Reno, NV 89502<br>P: (775) 322-6636<br>F: (7775) 322-3953 | By: /s/ Lance V. Clack<br>Andrew G. Jubinsky (Admitted pro hac vice)<br>Texas Bar No. 24097883<br>andy.jubinsky@figdav.com<br>Lance V. Clack (Admitted pro hac vice)<br>Texas Bar No. 24040694<br>lance.clack@figdav.com<br>FIGARI + DAVENPORT, LLP<br>901 Main Street, Suite 3400<br>Dallas, TX 75202<br>T: (214) 939-2000<br>F: (214) 939-2090<br><br>-and-<br><br>Ryan Gormley<br>Nevada Bar No. 13494<br>RGormley@wwhgd.com<br>WEINBERG WHEELER HUDGINS GUNN & DIAL<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>T: (702) 938-3813<br>F: (702) 938-3864<br><br>ATTORNEYS FOR DEFENDANT<br>FREEDOM LIFE INSURANCE COMPANY OF AMERICA |